**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CARLISLE MEDICAL GROUP, LLC.,** | : | |
| **Plaintiff** | : | **No. 1:15-cv-2367** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **SALAH ELDOHIRI, M.D.,** | : | |
| **Defendant** | : | |

## <u>ORDER</u>

**AND NOW**, on this 11th day of May 2016, **IT IS HEREBY ORDERED THAT**:

1.  Defendant Eldohiri's motion to dismiss for failure to state a claim upon which relief can be granted is **GRANTED** with respect to Plaintiff's Count I Breach of Contract, and therefore Count I is dismissed without prejudice;

2.  Defendant Eldohiri's motion to dismiss for failure to state a claim upon which relief can be granted is **DENIED** with respect to Plaintiff's Count II Unjust Enrichment;

3.  Plaintiff may file an amended complaint within twenty (20) days of the date of this order.

<u>S/  Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania