# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARLISLE MEDICAL GROUP, LLC,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | No. 1:15-cv-2367 |
| | : | |
| | : | (Judge Kane) |
| **SALAH ELDOHIRI, M.D.,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, this 1st day of March 2017, **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 17), is **GRANTED** as follows:

1. Plaintiff's claim for breach of express contract (Count One) is dismissed with prejudice; and

2. Plaintiff's claim for breach of implied contract (Count Two) is dismissed with prejudice.

        s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania